**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6824**

BENJAMIN ASHLEY GARDNER,

                    Plaintiff - Appellant,

          v.

ELLEN BARRY GRUNDEN,

                    Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.   James K. Bredar, District Judge. (1:12-cv-00935-JKB)

Submitted:  August 29, 2012          Decided:  September 11, 2012

Before MOTZ, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Benjamin Ashley Gardner, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Benjamin Ashley Gardner appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Gardner v. Grunden, No. 1:12-cv-00935-JKB (D. Md. filed Apr. 3, 2012; entered Apr. 4, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2